UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**TRI MINH THACH**                                    **CIVIL ACTION**

**VERSUS**                                            **NO. 26-181-SDD-EWD**

**U.S. IMMIGRATION AND CUSTOMS
ENFORCEMENT**

---

### ORDER OF DISMISSAL

---

Considering the Joint Motion to Dismiss,[1] filed by the Petitioner, Tri Minh Thach, and the Federal Respondent, through which the parties seek dismissal of the Petition for Writ of Habeas Corpus,[2]

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** that the Joint Motion to Dismiss is **GRANTED**.

Signed in Baton Rouge, Louisiana, July  30 , 2026.

_____
**HONORABLE SHELLY D. DICK
UNITED STATES DISTRICT COURT JUDGE
MIDDLE DISTRICT OF LOUISIANA**

---

[1] Doc. 30.
[2] Doc. 1.